IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

|  |  |
|---|---|
| CECILIA, LLC, GOOD STUFF, LLC, JAMES G. ROBINSON, and MORGAN CREEK PRODUCTIONS, INC., <br><br> Petitioners, <br> v. <br><br> ARMIN AZOD, DR. DONG ZHANG, DR. RAMEZ ELGAMMAL, DR. SHANTU SHARMA, and PETER JOHN, <br><br> Respondents. | Civil Action No:  8:22-cv-02279-PJM |

**JOINT MOTION TO STAY**

Petitioners Cecilia, LLC, Good Stuff, LLC, James G. Robinson, and Morgan Creek Productions, Inc. (collectively "Petitioners") and Respondents Armin Azod, Dr. Shantanu Sharma, Peter John, Dr. Don Zhang, and Dr. Ramez Elgammal (collectively "Respondents"), by and through counsel and pursuant to Fed. R. Civ. P. 6 and Local Rule 105.9, jointly move to stay this action until there exists, in that certain action captioned *Armin Azod, et al. v. Cecilia, LLC, et al.* that is currently pending in the United Stated District Court for the Central District of California and is designated there as Case No.:  2:22-cv-05214-CAS-MRW) (the "California Case"), a judgment that is final and not subject to appeal or review by any court. In support, Petitioners and Respondents say:

1. The parties to the California Case are identical to the parties to this action, except that Petitioners here are the respondents in the California Case and the petitioners in the California case are Respondents here.

2. This action arises out of and in connection with a final arbitration award in favor of Respondents (*i.e.,* the Respondents in *this* action) issued on May 18, 2022 (the "Award").

3. The California Case is the concurrent proceeding, concerning the Award, that is referenced in prior filings with this Court.

4. The petitioners in the California Case (Respondents here) initiated that Case by way of a motion to confirm the Award (the "Motion to Confirm"). On November 9, 2022, the United States District Court for the Central District of California (the "California District Court") entered in the California Case an Order denying a motion to dismiss which the respondents in that Case (Petitioners here) had filed. A copy of that Order is submitted herewith as Exhibit A. On November 9, 2022, the California District Court entered in the California Case an Order granting the Motion to Confirm. A copy of that Order is submitted herewith as Exhibit B.

5. On November 15, 2022, the United States District Court for the Central District of California entered in the California Case a judgment, in favor of the petitioners in the California case (Respondents here), which confirms the Award (the "California Judgment"). A copy of the Final Judgment is submitted herewith as Exhibit C.

6. The respondents in the California case (Petitioners here) have informed the petitioners in that Case (Respondents here) that the former plan to file and prosecute a motion to alter or amend pursuant to Fed. R. Civ. P. 59(e) and/or an appeal to the United States Court of Appeals for the Ninth Circuit with respect the California Judgment.

7. For purposes of efficiency, Petitioners and Respondents have agreed to jointly move in this Court for an Order which stays this action until there exists, in the California Case, a judgment that is final and not subject to appeal or review by any court. Accordingly, Petitioners and Respondents jointly so move.

Respectfully Submitted,

/s/ *Gregory T. Wasylak*
Gregory T. Wasylak (Bar No. 26966)
gtwasylak@michaelbest.com
Michael Best & Friedrich, LLP
5815 Oleander Drive, Suite 300
Wilmington, NC  28403
(910) 218-3957
*Attorneys for Respondents*

/s/ *Paul F. Evelius*
Paul Francis Evelius, Esquire (Bar # 05754)
pevelius@wcslaw.com
Frederick Lewis Kobb, Esquire (Bar #04326)
fkobb@wcslaw.com
Wright, Constable & Skeen, LLP
7 Saint Paul Street
Baltimore, MD  21202
(410) 659-1300
*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, the foregoing was served on all registered counsel of record via ECF.

/s/ *Paul F. Evelius*
Paul F. Evelius